# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BJ ENERGY LLC, FRANKLIN POWER LLC, GLE TRADING LLC, OCEAN POWER LLC, PILLAR FUND LLC, and ACCORD ENERGY, LLC,<br>　　Plaintiffs,<br><br>v.<br><br>PJM INTERCONNECTION, LLC,<br>　　Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>MARK GORTON, TOWER RESEARCH CAPITAL LLC, TOWER RESEARCH CAPITAL INVESTMENTS LLC, ACCORD ENERGY LLC, BJ ENERGY LLC, FRANKLIN POWER LLC, GLE TRADING LLC, OCEAN POWER LLC, PILLAR FUND LLC, and POWER EDGE LLC,<br>　　Counterclaim Defendants. | **CIVIL ACTION**<br><br><br><br><br><br><br><br>Nos. 08-3649 and<br>09-2864, consolidated |

## O R D E R

AND NOW, this 13th day of April, 2010, upon consideration of PJM Interconnection, LLC's Motion to Strike Certain of Counterdefendants' Affirmative Defenses or for Partial Judgment on the Pleadings (paper no. 125), and the response thereto, it is **ORDERED** that the Motion is **GRANTED** with respect to affirmative defenses numbers four and five and **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　　/s/ Norma L. Shapiro
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.